IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| ALAA ISMAIL YASIN, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CASE NO. 4:16-CV-139-CDL-MSH |
| | : | 28 U.S.C. § 2241 |
| LORETTA LYNCH, *et al.*, | : | |
| | : | |
| Respondents. | : | |

_____

## ORDER TO ANSWER

On April 6, 2016, the Court received Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) and the $5.00 filing fee. Thus, a copy of the petition and a copy of this Order shall now be served on Respondents by the United States Marshal's Service. Respondents shall file an answer, motion, or other responsive pleading within sixty (60) days of the date of this Order. Petitioner is notified that a failure to keep the Court apprised of any change of address may result in a dismissal for failure to prosecute this action.

SO ORDERED, this 6th day of April, 2016.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE